**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE CHILDRENS PLACE, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br><br>    **Defendant.** | **Civil Action No. 18-11963 (ES) (JAD)**<br><br>**TEMPORARY ORDER TO SEAL** |

This matter comes before the Court upon Defendant's counsel's informal request to seal Exhibit C to Plaintiff's August 14, 2019 letter to the Court. (ECF No. 27-3). Defendant's counsel has represented to the Court that Exhibit C contains confidential information that was inadvertently filed to the public docket. Upon consideration of Defendant's counsel's request, and for good cause shown;

IT IS on this 11th day of October, 2019,

**ORDERED** that Exhibit C to Plaintiff's August 14, 2019 letter, (ECF No. 27-3), shall be temporarily sealed pursuant to Local Civil Rule 5.3(c)(9); and it is further

**ORDERED** that on or before October 25, 2019, the parties shall publicly file a redacted version of Exhibit C, in which only the confidential information contained therein has been redacted, as well as a joint motion to maintain the unredacted version of Exhibit C under seal. The motion to seal must comply with Local Civil Rule 5.3; and it is further

**ORDERED** that if after reviewing Exhibit C the parties agree that it does not contain confidential information, Defendant's counsel shall file a letter on or before October 25, 2019, requesting that the Court unseal Exhibit C.

SO ORDERED

_____

JOSEPH A. DICKSON, U.S.M.J.

cc:     Hon. Esther Salas, U.S.D.J.