Kevin V. Small
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

- and -

Walter J. Andrews
(*admitted pro hac vice*)
Daniel Hentschel
(*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500

*Counsel for Plaintiff, The Children's Place, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THE CHILDREN'S PLACE, INC.,** | |
| Plaintiff, | Case No.: 2:18-CV-11963-ES-JAD |
| vs. | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| **GREAT AMERICAN INSURANCE COMPANY,** | **\*\*ORAL ARGUMENT REQUESTED\*\*** |
| Defendant. | |

**TO:**   Ezra H. Alter, Esq.
Michael A. Graziano, Esq. (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Gateway IV, Suite 401
100 Mulberry St.
Newark, NJ 07102
(973) 855-4719

---

TCP'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned attorneys for plaintiff, The Children's Place, Inc. ("TCP"), shall move before the Honorable Esther Salas, for an Order granting TCP summary judgment;

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, the undersigned shall rely upon the annexed Joint Statement of Material Facts Not In Dispute Provided Pursuant to the Court's Order and L.R 56.1, TCP's Statement of Material Facts Not in Dispute Pursuant to the Court's Order and L.R 56.1, TCP's Memorandum of Law in Support of TCP's Motion for Summary Judgment, Joint Exhibit List and all exhibits attached thereto, TCP's Exhibit List and all exhibits attached thereto, a proposed Order, and Certification of Service; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

Date: May 18, 2020

          Respectfully Submitted,

          <u>/s/ Kevin V. Small</u>
          Kevin V. Small
          HUNTON ANDREWS KURTH LLP
          200 Park Avenue
          New York, NY 10166
          (212) 309-1000

          - and -

          Walter J. Andrews
          (*admitted pro hac vice*)
          Daniel Hentschel
          (*admitted pro hac vice*)
          HUNTON ANDREWS KURTH LLP
          1111 Brickell Avenue,

        Suite 2500
        Miami, FL 33131
        (305) 810-2500
        *Counsel for Plaintiff, The Children's Place, Inc.*

---