Kevin V. Small
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

- and -

Walter J. Andrews
(*admitted pro hac vice*)
Daniel Hentschel
(*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500

*Counsel for Plaintiff, The Children's Place, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE CHILDREN'S PLACE, INC.,**<br><br>    **Plaintiff,**<br><br>  **vs.**<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br><br>    **Defendant.** | **Case No.: 2:18-CV-11963-ES-JAD**<br><br>**[PROPOSED] ORDER GRANTING THE CHILDREN'S PLACE, INC.'S MOTION FOR SUMMARY JUDGMENT** |

This matter, having been brought before the Court on the application of Hunton Andrews Kurth LLP, attorneys for Plaintiff, The Children's Place, Inc. ("TCP"), on notice to Defendant, Great American Insurance Company ("GAIC"), for the entry of an Order Granting TCP's Motion for Summary Judgment; and the Court having considered the Memorandum in Support of TCP's Motion, the Local Rule 56.1 Statement, and all exhibits, filed in support of TCP's application;

1

**IT IS** on this _____ day of _____, 2020, **ORDERED** as follows:

(1) It is hereby declared and adjudged that TCP's loss is covered under the

Computer Fraud provision;

(2) It is hereby declared and adjudged that TCP's loss is covered the

Forgery or Alteration provision;

(3) It is hereby declared and adjudged that GAIC has breached the insurance contract;

(4) It is hereby declared and adjudged that TCP is entitled to damages in the amount of

$909,914.29, plus interest, and attorneys' fees; and

(5) It is hereby declared and adjudged that a copy of this Order shall be served upon all

counsel within _____ days of the date of receipt hereof.

_____
The Honorable Esther Salas