Kevin V. Small
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

- and -

Walter J. Andrews
(*admitted pro hac vice*)
Daniel Hentschel
(*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500

*Counsel for Plaintiff, The Children's Place, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE CHILDREN'S PLACE, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **GREAT AMERICAN INSURANCE COMPANY,** <br><br> Defendant. | Case No.: 2:18-CV-11963-ES-JAD <br><br> **CERTIFICATION OF SERVICE** |

I, Kevin V. Small, Esq., of full age, hereby certify as follows:

1.  I am an attorney-at-law licensed to practice in the State of New Jersey and an Associate of Hunton Andrews Kurth LLP, counsel for Plaintiff, The Children's Place, Inc. ("TCP").

2.  On May 18, 2020, I caused a true and correct copy of TCP's Notice of TCP's Motion for Summary Judgement, Memorandum of Law in Support of TCP's Motion for

1

Summary Judgment, Joint Statement of Material Facts Not In Dispute Provided Pursuant to the Court's Order and L.R 56.1, TCP's Statement of Material Facts Not in Dispute Pursuant to the Court's Order and L.R 56.1, Joint Exhibit List and all exhibits attached thereto, TCP's Exhibit List and all exhibits attached thereto, a proposed Order, and a copy of this Certification of Service to be electronically served on the following counsel of record:

> Ezra H. Alter, Esq.
> Michael A. Graziano, Esq. (*pro hac vice*)
> ECKERT SEAMANS CHERIN & MELLOTT, LLC
> Gateway IV, Suite 401
> 100 Mulberry St.
> Newark, NJ 07102
> (973) 855-4719
> mgraziano@eckertseamans.com
> ealter@eckertseamans.com

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> */s/Kevin V. Small*
> Kevin V. Small, Esq.