# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| THE CHILDREN'S PLACE, INC. | : | |
| Plaintiff, | : | Case No. 2:18-cv-11963-ES-JAD |
| v. | : | |
| GREAT AMERICAN INSURANCE COMPANY, | : | **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | : | |

This matter having come before the Court on plaintiff The Children's Place, Inc.'s ("TCP") motion for summary judgment and defendant Great American Insurance Company's ("Great American") cross-motion for summary judgment, and the Court having considered the parties' submissions,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment is hereby DENIED; and it is further

ORDERED that defendant's motion for summary judgment is hereby GRANTED; and it is further

ORDERED that JUDGMENT is hereby entered in favor of defendant.

DATED: _____, 2020.

 

_____
Honorable Esther Salas
U.S. District Judge