UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CHILDREN'S PLACE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 2:18-CV-11963-ES JAD |

**MOTION TO WITHDRAW DANIEL HENTSCHEL
AS COUNSEL OF RECORD FOR PLAINTIFF THE CHILDREN'S PLACE, INC.**

Pursuant to Rule 102.1 of the Local Rules of the United States District Court for the District of New Jersey, Plaintiff, The Children's Place Inc. ("Plaintiff"), hereby moves this Court for leave to withdraw Daniel Hentschel as counsel of record in the above captioned matter. Mr. Hentschel is no longer associated with the firm of Hunton Andrews Kurth LLP.  Please withdraw his appearance on behalf of Plaintiff, and remove his name as attorney of record from the Court's docket.  Walter J. Andrews and the undersigned of Hunton Andrews Kurth LLP will continue to represent Plaintiff and the withdrawal will cause no delay in this action.  Therefore, Plaintiff respectfully requests that the Court grant Plaintiff's motion to withdraw Mr. Hentschel as counsel of record and order that he be removed from the Court's electronic service list.

Dated: May 24, 2021

                                                  Respectfully submitted,

                                                   /s/ Kevin V. Small
                                                  Kevin V. Small
                                                  HUNTON ANDREWS KURTH LLP
                                                  200 Park Avenue
                                                  New York, NY 10166
                                                  (212) 309-1000
                                                  ksmall@HuntonAK.com

                                                  – and –

                                                  Walter J. Andrews
                                                  (*admitted pro hac vice*)
                                                  HUNTON ANDREWS KURTH LLP
                                                  1111 Brickell Avenue, Suite 2500
                                                  Miami, FL 33131
                                                  (305) 810-2500
                                                  wandrews@HuntonAK.com

                                                  *Counsel for Plaintiff*
                                                  *The Children's Place Inc.*

TO:  All Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2020, I filed a true and correct copy of the foregoing document via the Court's CM/ECF electronic-filing system, which will send electronic notification of such filing to all counsel-of-record in this action.

                                                         */s/ Kevin V. Small*
                                                         Kevin V. Small