**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

THE CHILDREN'S PLACE, INC.,

               Plaintiff,                       **CIVIL ACTION NO. 2:18-cv-11963-ES-JAD**

    vs.

GREAT AMERICAN INSURANCE
COMPANY,

               Defendant.

**NOTICE OF MOTION TO MAINTAIN THE UN-REDACTED VERSION OF
DOCUMENT 87 UNDER SEAL AND TO FILE TCP'S PROPOSED REDACTED
VERSION OF DOCUMENT 87**

     **PLEASE TAKE NOTICE** that Plaintiff The Children's Place, Inc. ("TCP") shall move

for an Order to Maintain the Un-Redacted Version of Document 87, the Court's Opinion on the

parties' motions for summary judgment (D.E. No. 87), under seal and to file TCP's proposed

redacted version of Document 87 pursuant to the Court's Order (D.E. No. 88) and Local Rule

5.3(c);

     **PLEASE TAKE FURTHER NOTICE** that in support of this motion, TCP will rely on

its submissions in support of its prior Motions to Seal (D.E. Nos. 58, 58-1, 58-2 & 75) and the

Court's Order granting TCP's Motion to Seal (D.E. No. 80); and

     **PLEASE TAKE FURTHER NOTICE** that TCP requests that the Court enter the

proposed Order to maintain the un-redacted version of Document 87 (D.E. No. 87) under seal

permanently and to file TCP's proposed redacted version of Document 87.

1

Dated: October 8, 2021

Respectfully submitted,

*/s/ Kevin V. Small*
Kevin V. Small
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
ksmall@HuntonAK.com

– and –

Walter J. Andrews
(*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
(305) 810-2500
wandrews@HuntonAK.com

*Counsel for The Children's Place, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 8, 2021 a true and correct copy of NOTICE OF MOTION TO MAINTAIN THE UN-REDACTED VERSION OF DOCUMENT 87 UNDER SEAL AND TO FILE TCP'S PROPOSED REDACTED VERSION OF DOCUMENT 87 was electronically filed using CM/ECF.

*/s/ Kevin V. Small*
HUNTON ANDREWS KURTH LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**THE CHILDREN'S PLACE, INC.,**

        **Plaintiff,**                 **CIVIL ACTION NO. 2:18-cv-11963-ES-JAD**

    **vs.**

**GREAT AMERICAN INSURANCE**
**COMPANY,**

        **Defendant.**

**PLAINTIFF'S MOTION TO MAINTAIN THE UN-REDACTED VERSION OF**
**DOCUMENT 87 UNDER SEAL AND TO FILE TCP'S PROPOSED REDACTED**
**VERSION OF DOCUMENT 87**

      The Children's Place, Inc. ("TCP") requests, pursuant to the Court's Order (D.E. No. 88) and Local Rule 5.3(c), to maintain the un-redacted version of Document 87, the Court's Opinion on the parties' motions for summary judgment (D.E. No. 87), under seal for the reasons set forth below and that TCP's proposed redacted version of Document 87 attached hereto as Exhibit 1 be filed and made publically available.

      1.      TCP previously filed a Motion to Seal Documents 54, 55, and 55-1 (D.E. Nos. 54, 55, 55-1) because those documents contain confidential and sensitive information.  D.E. Nos. 58, 58-1, 58-2.

      2.      In particular, TCP sought to have sealed, among other things, references to the internal processes TCP uses in obtaining certain bank account information from its vendors. D.E. No. 58-1, ¶¶ 2, 4.

      3.      In support of its motion, TCP relied on the Declaration of Peter Kuhn (D.E. No. 58-2), which it incorporates herein by reference.

1

4.      GAIC did not oppose TCP's motion.  D.E. No. 58-1, ¶ 5.

5.      Following briefing on the parties' motions for summary judgment, TCP filed a supplement to maintain the un-redacted version of Documents 54, 55, and 55-1 under seal permanently.  D.E. No. 75.

6.      GAIC did not object to the entry of an order maintaining the un-redacted version of Documents 54, 55, and 55-1 under seal permanently.  D.E. No. 75, ¶ 9.

7.      In its Order, this Court's findings of fact included that TCP's internal processes used to obtain bank account information of vendors is confidential and sensitive information. D.E. No. 80.

8.      This Court concluded that redacting such information is an appropriate measure, and a less restrictive alternative is unavailable.  D.E. No. 80.

9.      This Court granted TCP's unopposed motion to seal and permanently sealed the un-redacted versions of Documents 54, 55, and 55-1.  D.E. No. 80.

10.     The parties filed redacted versions of Documents 54, 55, and 55-1.  D.E. Nos. 56, 57.

11.     This Court's Opinion on the parties' summary judgment motions (D.E. 87) references some of the information that its prior Order (D.E. 80) permanently sealed. Specifically, the Court's Opinion references the internal processes TCP uses in obtaining certain bank account information from its vendors.

12.     As this Court already determined, the internal processes TCP uses in obtaining certain bank account information from its vendors is confidential and sensitive.  D.E. 80.

13.     Thus, pursuant to the Court's Order (D.E. No. 88) directing the parties to file a motion to seal attaching the Opinion with proposed redactions, TCP attaches hereto as Exhibit 1 a version of the Court's Opinion with proposed redactions for public dissemination.

14.     TCP's proposed redactions to Document 87 are limited to references to the internal processes TCP uses in obtaining certain bank account information from its vendors.

15.     GAIC declined to join in TCP's present motion.

Accordingly, TCP requests that the Court enter an order maintaining the un-redacted version of Document 87 (D.E. No. 87) under seal permanently and that the proposed redacted version of Document 87 attached hereto as Exhibit 1 be made publically available.

Dated: October 8, 2021

Respectfully submitted,

 /s/ Kevin V. Small
Kevin V. Small
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
ksmall@HuntonAK.com

– and –

Walter J. Andrews
(admitted pro hac vice)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
(305) 810-2500
wandrews@HuntonAK.com

Counsel for The Children's Place, Inc.