UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

THE CHILDREN'S PLACE, INC.,

       Plaintiff,                    CIVIL ACTION NO. 2:18-cv-11963-ES-JAD

vs.

GREAT AMERICAN INSURANCE
COMPANY,

       Defendant.

**[PROPOSED] ORDER TO SEAL DOCUMENT NO. 87 AND TO FILE THE ENCLOSED [PROPOSED] REDACTED VERSION OF DOCUMENT NO. 87**

      **HAVING CONSIDERED** Plaintiff The Children's Place, Inc.'s ("TCP") Motion to Maintain the Un-Redacted Version of Document No. 87 (D.E. No. 87) Under Seal Permanently and to File the Enclosed Redacted Version of Document 87, and for good cause being shown, the Court finds as follows:

      1.    Document No. 87 contains confidential and sensitive information, which TCP requests not to be made public.

      2.    TCP has a legitimate interest in maintaining the confidentiality of the sensitive information contained in Document 87.

      3.    If the Court does not grant TCP's motion, the confidential and sensitive information contained in Document 87 would become publicly available, potentially causing irreparable harm to TCP.

      4.    The redacted version of Document 87 enclosed herewith is an appropriate measure for protecting TCP's confidential and sensitive information, and a less restrictive alternative is unavailable.

1

**THEREFORE**, on this _____ day of _____ 2021, it is:

**ORDERED** that TCP's Motion to Maintain the Un-Redacted Version of Document No. 87 Under Seal Permanently and to File the Enclosed Redacted Version of Document 87 is **GRANTED / DENIED**; and

**ORDERED** that the Clerk's Office is directed to permanently seal Document No. 87; and

**ORDERED** that the Clerk's Office is directed to file the Redacted Version of Document 87 enclosed herewith.

Date: _____                           _____
                                                **Hon. Esther Salas**
                                                **United States District Judge**