# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3015

Childrens Place Inc v. Great American Insurance Co

(U.S. District Court No.: 2-18-cv-11963)

## ORDER

    In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 26, 2022
SLC/cc: Walter J. Andrews, Esq.
Michael A. Graziano, Esq.
Kevin V. Small, Esq.
Mr. William T. Walsh,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate